926

No. 15, Misc. HALE v. SIMPSON, WARDEN. C. A. 5th Cir. Certiorari denied. *MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 518, Misc. SPRINGER v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. *Darrell F. Smith,* Attorney General of Arizona, and *Norval C. Jesperson,* Assistant Attorney General, for respondent.

No. 527, Misc. DUVAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 557, Misc. LONGKNIFE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Paul C. Summitt* for the United States.

No. 565, Misc. BLACK v. STANLEY, U. S. DISTRICT JUDGE, ET AL. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 641, Misc. KURKI v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *David Loeffler* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 655, Misc. STORLIE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.